Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania  [▼]

_____ Division

| | |
|---|---|
| Ricardo Cruz Serrano | ) Case No. _____ |
| | ) _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| The Commonwealth of Puerto Rico | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ricardo Cruz Serrano |
| Street Address | 1038 Lehigh Street |
| City and County | Easton, Northampton |
| State and Zip Code | Pennsylvania, 18042 |
| Telephone Number | (484) 548-4608 |
| E-mail Address | cybercops990@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | La Fortaleza |
| Job or Title *(if known)* | Government |
| Street Address | 63 Calle Fortaleza |
| City and County | San Juan |
| State and Zip Code | Puerto Rico, 00901 |
| Telephone Number | 1(787) 721-7000 |
| E-mail Address *(if known)* | Fortaleza.Pr.Gov |

Defendant No. 2

| | |
|---|---|
| Name | Estado Libre Asocido Policia De Puerto Rico.( State Police) |
| Job or Title *(if known)* | I-22 Highway Patrol Bayamon Toll Booth. |
| Street Address | Ave Central Juanita CV8Z*5X7 |
| City and County | Bayamon |
| State and Zip Code | Puerto Rico, 00961 |
| Telephone Number | 1(787) 269-2030 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question                    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

s 18 U.SC. s922(g)(1) a prohibited person in possession of a firearm, "Crime of Violence" that triggers An increase in his base offence level pursuant to s2K2.1(a).
Title II Civil Right Act 42 U.S.C. s200
The Force Clause
Attempted Murder Twice by State Police.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Ricardo Cruz Serrano                    , is a citizen of the State of *(name)*  Puerto Rico.                            .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____           .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Ricardo Cruz Serrano                    , is a citizen of the State of *(name)*  Pennsylvania                    . Or is a citizen of *(foreign nation)*  Puerto Rico                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
10,000,000,000,000

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I Ricardo Cruz Serrano was abused by the State Police in Puerto rico because Puerto Rico wanted the U.S. Navy and all Navy Veterans out of Puerto Rico. I was Nearly killed twice by the Puerto Rico Government and I was sexually assasulted by two women State Police Officers pulled down my Swimming trunks in a tourist area and attempted to Burn my penis and castrate me under a hot lamp In tourist area Condado, P.R. they then tried to murder me at the beach by drowning me to death. Second attempted murder attempted happened when Puerto Rico State Police At 1-22 Bayamon, P.R. Started firing his gun at me witha hail of bullets and missed and arrested me after giving chase.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek 10,000,000,000,000 Millions in Punitive Damages, Chronic PTSD, Psychological Trauma Pain and suffering, Wife and 4 Children Psychological Abuse, Stravation in State Prison "Oso Blanco" No Food or Water, Unsanitary and Dangerous conditions with armed prisoners facing 500 years in Prison.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     09/01/2023

Signature of Plaintiff

Printed Name of Plaintiff    Ricardo Cruz Serrano.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address





August 28, 2023


U.S. Department of Justice

950 Pennsylvania Avenue N.W.

Washington, D.C. 20530


Attention D.O.J.


In 2001 after 9/11 the State Police of Puerto Rico attempted to Murder me by shooting his

Service Revolver at me while I was inside my 1995 Chevy Malibu , Plate CYH436, Ricardo

Cruz Serrano, 52 Calle Amanecer, Barrio Pueblo Nuevo, P.R. 00693. I J-Turn my car in order

To Dodge the bullets and one bullet hit the passenger side tire. I was arrested and charged

With attempted murder of a State Police officer and my 1995 Chevy Malibu, plate436

Was confiscated and sold by the justice department and the U.S. Justice Department took

Ballistic reports In 2001 of my Car Tire. I called Tribunal de Bayamon (787) 785-3300 and

Tribunal de San Juan ( 787) 274-0016 for copies of the Attempted Murder Police Report

And the Government of Puerto Rico, Estado Libre asociddo is giving me the run around

After filing two OAT 85 forms to get my records free because I am a U.S. Veteran. I

Respectfully request copies of the Criminal Charges brought against Ricardo Cruz Serrano

By the Justice Department , Including ballistic report for my upcoming day in court.

I await response and affirmative action on this request Under us Constitution

Amendment 5.

Director Operation S.T.O.M.P.

Ricardo Cruz Serrano.

1

August 16, 2023

Ricardo Cruz Serrano

VS

The Commonwealth of Puerto Rico

Sumarry of Case:

claim under TitleVII ofthe Civil RightsAct, 42 U.S.C. § 200d theCommonwealth under PuertoRicoLaws 17 and 69,29 L.P.R.A.§§ 155-155m,1321-1341 (sexual harassmentand gender discrimination),we have also heldthatthe Commonwealth hasnotwaived itssovereign immunitywithrespect tothese laws. Hernandez-Mendezv. Rivera,137 F.Supp. 3d 142,161 (D.P.R. 2015).

State Law ClaimsInplaintiffs' Amended Complaint (d.e.21),theystate thatthisCourthasjurisdiction under Articles1802and 1803ofthe PuertoRicoCivil Code,"PuertoRicoLabor Lawsincluding Law No. 80 ofMay30,1976," "PuertoRicoLawagainstdiscrimination and retaliation," "whistler blower act,"statelaw againstretaliation, and equivalent Federal Labor Laws" (sic). (d.e. 21, ¶¶ 2-3).

).Because TitleVII waspassedpursuanttosaid power, EleventhAmendmentimmunity does notprotect defendants PPR and theCommonwealth from claimsfor damagesunder Title VII

18 U.S.C.

§ 922(g)(1), a prohibited person in possession of a firearm.

"crime of violence" that triggers an increase in his base offense

level pursuant to § 2K2.1(a)

The force clause provides that a "crime of violence"

1

encompasses any felony that "has as an element the use, attempted use, or threatened use of physical force against the person of another." U.S. Sentencing Guidelines Manual § 4B1.2(a)(1) (2016).

attempted murder under Puerto Rico law qualifies as a "crime of violence" under the Guidelines is de novo. See United States v. Steed, 879 F.3d 440, 445 (1st Cir. 2018).

as an element the use, attempted use, or threatened use of physical force against the person of another" (the so-called force clause) or is one of several enumerated crimes, including "murder." See United States v. Ball, 870 F.3d 1, 5 (1st Cir. 2017) ("We may affirm the district court's sentence if any one of the  ways that an offense can constitute a crime of violence .

Model Penal Code § 2.02(5) ("When recklessness suffices to establish an element, such element also is established if a person acts purposely or knowingly.").

enumerated crimes of violence include aiding and abetting such offenses. See U.S. Sentencing Guidelines Manual § 4B1.2, cmt. n.1 (2016).

"attempting to commit" a "crime of violence" is itself a "crime of violence." U.S. Sentencing Guidelines Manual § 4B1.2, cmt. n.1

2

(2016); see also United States v. DeLuca, 17 F.3d 6, 10 (1st Cir.

1994)

"attempt" according to the law of federal "attempt." But, "[i]n

this circuit, as in a number of others, the court has taken the

Model Penal Code as its guide" in defining the federal law of

"attempt." United States v. Doyon, 194 F.3d 207, 210 (1st Cir.


the Model Penal Code both defines "attempt" as "an

act or omission constituting a substantial step," § 5.01(1)(c),

and then goes on to define a "substantial step" as one that is

"strongly corroborative of the actor's criminal purpose." Doyon,

194 F.3d at 211 (quoting Model Penal Code § 5.01(2)).


 For these purposes, we treat Puerto Rico law as state law.  See González Figueroa v. J.C. Penney
P.R., Inc., 568 F.3d 313, 318 (1st Cir. 2009) ("In regard to law-determination, Puerto Rico is the
functional equivalent of a state.").

Ricardo Cruz Serrano.

3

August 15, 2023


Oficina De Administracion De Los Tribunales

P.O. Box 190917

San Juan, P.R. 00919-0917


Attencion,


Estoy escribiendo para que me mandes copia de mi record criminal in un asuntos con

La Policia Estado Libre asocido de la 1-22 Baymon, P.R. en frente la carcel federal de

Bayamon donde paso los hechos cuando un guardia de E.L.A. disparo su arma de regalmiento

Varias veces para matarme sin razones, Estaba en mi 1995 Chevy Malibu, Tablia CYH436.

La Policia me hecharon cargos de attempto asesinato de la Policia de Puerto Rico y

Me mentienron preso en Oso Blanco las Marvinas Area Azul. depues de tres meses

Llego el juico y el Policia de Puerto Rico le dijo mentira a juez y le dijo que el no disparo

Su Arma a Mi carro y el Juez llamo el Policia de Puerto Rico Embustero porque el

Department de Justicia encontraron una bala de su armas en la coma passajero de

Mi 1995 Chevy malibu. El departmento de Justicia me confiscaron mi carro por un

Crimen fabricado por La Polica Estado Libre Asociado. Este hecho paso en el ano 2001

Depues de 9/11 en cual yo vivia en 52 Calle Amancer, Barrio Pueblo Nuevo, Vega Baja

Puerto Rico, 00693. Yo soy Veterano de Los Estado Unidos,

Sinceramente,

Ricardo Cruz Serrano.

1



August 29, 2023

F.B.I.

ATTN: FOIPA REQUEST

200 Constitution Drive

Winchester, VA 22602

Dear FOIA Officer,

This is a request under the Freedom of Information Act.

Date Range after 9/11 2001.

Description: Charge with attempted Murder of a State Police Officer; Charges were

Dismiss 3 months later and the Police officer who attempted to murder me got away.

I never got a Police report or the courts call my wife. the U.S. Department of

Justice confiscated my new car and sold it in the car action. old address to

Vehicle: Ricardo Cruz Serrano, 1995 Chevy Malibu, Plate CYH436. there is

a Ballistic report on record pertaining to this vehicle. I Am willing to pay $ 50.00

Dollars to get this evidence.

Thank you for your cooperation,

Ricardo Cruz Serrano.

1

BEST COPY

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. (SSN) |
| CRUZ, RICARDO JOHN | NAVY/USN | 071 44 7259 |

| 3a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
| BT3 | E-4 | 21 FEB 61 | SAN JUAN, PR |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
| USS DEWEY DDG-45 AT CHARLESTON SC | USS DEWEY DDG-45 AT CHARLESTON SC |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
| COMMANDING OFFICER, NAVAL RESERVE PERSONNEL CENTER NEW ORLEANS | AMOUNT $ 35,000  ☐ NONE |

| 11. PRIMARY SPECIALTY (Number, title and years and months in specialty) (Additional specialty numbers and titles involving periods of one or more years) |
| BT - 0000 |

| 12. RECORD OF SERVICE | YEAR(S) | MON(S) | DAY(S) |
| a. Date Entered AD This Period | 79 | JUN | 13 |
| b. Separation Date This Period | 83 | JUN | 13 |
| c. Net Active Service This Period | 04 | 00 | 00 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 03 | 01 | 05 |
| h. Effective Date of Pay Grade | 82 | JUN | 16 |
| i. Reserve Oblig. Term. Date | 85 | JUN | 12 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
| SEA SERVICE DEPLOYMENT RIBBON/ |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
| BT 'A' SCHOOL - 12 WEEKS - NOV 79/ |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | ☐ YES ☑ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☑ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 9.0 |

18. REMARKS

DENTAL EXAMINATION COMPLETED 11 MAY 83

CERTIFIED TO BE A TRUE COPY:

A.P. ANGELL YNC-USN
SHIP's SECRETARY BY DIRECTION
OF THE COMMANDING OFFICER

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
| 611 E 178TH ST BRONX, NY 10460 | SENT TO NY DIR. OF VET AFFAIRS ☑ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
| | A. G. RODILLAS, PNC, USN, PERSONNEL OFFICER |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE | 24. CHARACTER OF SERVICE (Includes upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY MILPERSMAN 3630500 | 26. SEPARATION CODE LBK | 27. REENLISTMENT CODE RE-1 |
| 28. NARRATIVE REASON FOR SEPARATION USN RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE |
| 29. DATES OF TIME LOST DURING THIS PERIOD NA | 30. MEMBER REQUESTS COPY 4 RD INITIAL |

S/N 0102-LF-000-2140

SERVICE -



## CERTIFICATE OF APPOINTMENT

To all who shall see these presents, greeting:

Know Ye, that by authority vested in me and reposing special trust and confidence in the patriotism, valor, fidelity and abilities of

Ricardo CRUZ

I do hereby appoint you to the rate of

Boiler Technician Third Class

in the

### UNITED STATES NAVY

to rank as such from the  sixteenth  day of  June  , nineteen hundred and eighty-two.

## TO THE APPOINTEE

Your appointment as a petty officer in the United States Navy makes you heir to a long and proud tradition of Naval leadership. By accepting this appointment, you are charged with demonstrating those standards of performance, moral courage, and dedication to the Navy and the Nation which may serve as an enviable example to your fellow Navy men and women.

Your desire to excel and to guide others must be boundless; your appearance must be a model for others and your performance must be a continual reflection of your sincerity, attention to duty, and moral responsibility. By exhibiting unfailing trust and obedience toward superiors, cooperation and loyalty to your peers, and understanding and strength to your subordinates, you will contribute greatly to the effectiveness and good name of the United States Navy.

Given under my hand at  USS DEWEY (DDG 45)
this  sixteeth  day of  June  in the year of our Lord nineteen hundred and  eighty-two.

H. L. MORRISON, Captain, U. S. Navy
Commanding Officer

NAVPERS 1430/7 (USN) (5-67)
S/N 0106-LF-071-0700

✶ GPO: 1979 -- 606-507





THE WHITE HOUSE

WASHINGTON

January 23, 1995

Mr. Ricardo Cruz
Calle 603 Building 225
Villa Carolina
Carolina, Puerto Rico 00987

Dear Mr. Cruz:

Thank you so much for your letter.  President Clinton greatly
appreciates the trust and confidence you have shown in him by
writing.

To ensure that your concerns are addressed, I am forwarding your
letter to the Department of Labor for review and any appropriate
action.  Please bear in mind that it may take some time to look
thoroughly into the issues you have raised.  Should you wish to
contact the Department of Labor directly, you may write to:
Department of Labor, 200 Constitution Avenue, N.W., Washington,
D.C. 20210.

Many thanks for your patience.

Sincerely,

James A. Dorskind
Special Assistant to the President
Director of Correspondence and
Presidential Messages

JAN. 2 3 1995

GEORGE W. BUSH

October 25, 2021

Mr. Ricardo Cruz
Easton, Pennsylvania

Dear Ricardo:

Thank you for your service in the United States Navy.

Your patriotism and selfless devotion helped to advance
the universal hope of liberty at home and around the world.
I'm grateful for your contributions to our security and to
the cause of peace and freedom.

Laura and I send our respect, appreciation, and best
wishes. May God bless you.

Sincerely,

George W. Bush



THE WHITE HOUSE

WASHINGTON

March 7, 2018

Mr. Ricardo Serrano
Easton, Pennsylvania

Dear Ricardo,

Thank you for taking the time to express your views regarding foreign policy and our national security.

My Administration is devoted to protecting the American homeland and the American people, promoting American prosperity, preserving peace through strength, and advancing American influence. My National Security Strategy (NSS) describes how my Administration will protect and advance these four core national interests. It is based on a clear-eyed assessment of our interests and a determination to tackle the challenges we face. It acknowledges that there are military, economic, and political competitions in which we must engage to protect American interests and values. My Administration has the confidence to compete.

We are committed to protecting the homeland, the American people, and the American way of life. The Government has a fundamental responsibility to keep Americans safe and to strengthen our sovereignty. A central principle of my national security policy is asserting control over our Nation's borders. My Administration will enhance border security and vetting, and improve transportation security. The United States has a sovereign right to determine who enters our country and under what circumstances. A priority action in the NSS is securing our southern border through the construction of a border wall. In addition, to protect Americans from threats emanating from outside our borders, we will deploy a layered missile defense system to defend our homeland against missile attacks from states such as North Korea and Iran.

Economic security is national security. A strong economy protects the American people and sustains American power. We will rejuvenate the American economy for the benefit of American workers and companies. We will insist on fair and reciprocal economic relationships to address trade imbalances. We are committed to preserving our leadership in research and technology and to protecting our economy from competitors who unfairly acquire our intellectual property. And we will embrace America's energy dominance, because unleashing abundant energy resources stimulates our economy.

Another central principle of my national security policy is achieving peace through strength. While I am committed to seeking diplomatic solutions to our critical international challenges, we must grow and modernize our military forces—including space and cyber capabilities—to ensure our military power is second to none. Despite the tremendous gains our military has made against ISIS and al-Qa'ida in Syria and Iraq, jihadist terrorist organizations continue to present a dangerous threat to America. Working with partner nations is essential to meeting these challenges, as is ensuring that our allies are contributing their fair share to our mutual defense and to the defeat of foreign terrorist threats.

America has been among the greatest forces for good in the world. My foreign policy celebrates America's influence in the world as a positive force that can help set the conditions for peace and prosperity. We will continue to champion American values and offer encouragement to those struggling for human dignity in their societies.

Thank you again for writing. To learn more about how the NSS will bolster our Nation's foreign policy and improve our military readiness, please visit www.WhiteHouse.gov. As President, I am committed to strengthening our Nation and protecting the American people.

Sincerely,



## THE WHITE HOUSE

WASHINGTON

July 30, 2018

Mr. Ricardo Cruz Serrano
Easton, Pennsylvania

Dear Mr. Serrano,

Melania and I are saddened to learn of the difficult times you are experiencing.  Please know that we send our prayers and well wishes.

We hope your enduring spirit will overcome any challenge, and that you find comfort and strength in your faith during this time.

Sincerely,

THE WHITE HOUSE

WASHINGTON

July 5, 2022

Mr. Ricardo Cruz Serrano
Easton, Pennsylvania

Dear Mr. Serrano,

Thank you for writing to me about a top priority of my Administration—working with Tribal Nations to invest in the future of Native communities, empower Tribal self-determination, and support prosperity for Native people.

Respect for Tribal sovereignty and self-governance is the cornerstone of our Federal Indian Policy. That's why, in my first week as President, I issued a memorandum reaffirming our Nation's trust and treaty obligations to Tribal Nations, and directed the heads of executive departments and agencies to engage in regular, meaningful, and robust consultation with Tribal officials.

I have since signed an Executive Order to advance educational and economic opportunity for Native Americans, as well as strengthen Tribal colleges and universities. Through the American Rescue Plan, my Administration invested $20 billion to help Tribal governments combat the COVID-19 crisis and support Indigenous families, businesses, jobs, and communities. The Bipartisan Infrastructure Law invests over $13 billion directly to Tribal communities to advance opportunity and lay the foundation for a bright future. And earlier this year, I signed into law the reauthorization of the Violence Against Women Act, which expands important protections for Tribal women and children.

I also believe that we have an obligation to ensure that Native Americans are seen, heard, and represented in all spaces across the Federal Government and beyond. To live up to this obligation, I was proud to restart the White House Council on Native American Affairs and to appoint Congresswoman Deb Haaland of the Pueblo of Laguna to serve as United States Secretary of the Interior—the first Native American to serve in a presidential Cabinet.

Today and every day, we must recognize the invaluable contributions of Tribal Nations and Indigenous peoples, who continue to shape our great Nation. We must also remember the painful truth of our shared history—a pattern of federal policies that systematically sought to assimilate and displace Native peoples and eradicate Native cultures. I know we cannot rewrite the wrongs of the past, but we must make good on the promises of our Nation to Tribal nations moving forward. Together, we will create a brighter future built on fairness, opportunity, and respect for all Native peoples.

Sincerely,

August 14, 2023

U.S. Department of Justice

950 Pennsylvania Avenue N.W.

Washington, D.C. 20530

Subject: Attempted Murder by Puerto Rico Government.

Honorable D.O.J.

During the Governor Pedro J. Rossello Administration in the Commonwealth of Puerto Rico

In 1996 I served as a Rovering Patrol in my 1995 Chevy Malibu nightly around the Capital

Of Puerto Rico under the department of justice community policing program. I went

To the Capital one afternoon during 1999 Marina Fuera de Vieques protest and as I made

Maneuvers to avoid a crowd of two thousand people and that's when Capital State Police

Made their move and rammed their State Cruiser rights into the passenger side of my

Vehicle and my 1995 chevy malibu tailed spin 360 degrees and almost killed some protesters

Across the street in el Departamento de ninos y Mujers, all action caught live on capital

Cameras and Telemundo 2 P.R. most likely. La Policia de Puerto Rico arrested me and

Released at the San Juan Station.

Night fall came into the question when the attempted murder plot and order was to be

Carried out by El Estado Libre Associado State Police, Green Uniforms in Tourist Area:

Plaza de Anchor, Condado, Puerto Rico. 2:00 a.m.: Two women and Three Men Estado

1

Assocido Police grabbed me and the women pulled down my swimming trunks and Say, Vamos a frite los Huevos"( let's fried you eggs) over a extremely hot street lamp On the tourist site with a Giant Navy Anchors, LAMP 120 F. I Fought the 5 Officers And I fell back on my butt and burned all my skin off as I yelled for help. Since that plan had failed the women police officers took off running in another Patrol car. the three police officers then dragged me to the beach in the rear of The tourist Hotel and attempted to kill me by drowning me, putting sand in my nose, Mouth and ears for about 20 minutes, since I'm trained from the U,S, Navy in Water-broading the Police failed the intent, Actions to commit the Crime and Failure To commit the crime which has no Statues of Limitations Incomplete Crime, Inchoate Crime: Attempted, Conspiracy and Solicitation. all records, time, date are recorder In the San Juan VA Medical Center, 10 calle Casia, San Juan, P.R. 00921-3201.

 A year after this incident I was coming to San Juan, Puerto Rico from Vega Baja, P.R. Down P.R. Interstate highway I-22. the Government of Puerto Rico ordered an Assassination On Ricardo Cruz Serrano, Driving a 1995 Chevy Malibu, Plate CYH436. The State Police Were given the go to shoot to kill. As soon as I got to the Bayamon, P.R. Toll Booth In front of the Puerto Rico Federal Correctional Prison to pay the 0.35 cents a man with A green Jacket commence firing at me and attempted tom assassination me by shooting Me in the head and chess. I immediately J-TURNED my vehicle to escape the bullets And the man shot my passenger side tire and I drove off the opposite direction at 80mph On three tires. I was followed by 12 State Police and I stopped to turn myself into Police when the man in the green jacket said he was the police and attempted to forces My face and teeth on the highway pavement. I was Charged with attempted Murder

2

Of a State Police officer and put into State Prison " OSO BLANCO" "LAS MARVINAS"

area AZUL. the U.S. Department of Justice Confiscated my 1995 Chevy Malibu and the

Lab took the Ballistic reports that found the officer's bullet in my tire and the officer

Of La Policia de Puerto Rico had 15 years in the police force and lied under oath

When the Police officer was questioned on use of his service revolver. the Judge

Yelled at the officer and called him a liar and reduced my charge down to simple

Aggression and served only 3 months. This is the second incident of Attempted

Murder on an American Disabled Veteran and demonstrates a pattern of Civil Rights

Violations, Human Rights Violation in Puerto Rico. this is an incomplete crime

And inchoate crime with Attempted, Conspiracy and Solicitation motives This Crime

Meets the three elements of attempted murder:  A) Intent B) Actions to commit

The Crime, C) Failure to Commit the Crime. I hereby declare this intent to file

Suit with the U.S. District courts of Puerto Rico.

Director Operation S.T.O.M.P.

Ricardo Cruz Serrano

3

August 11, 2023

Honorable Volker Turk

Office of the United Nations High Commissioner for Human Rights (OHCHR)

Palais des Nations

CH-1211 Geneva 10, Switzerland

Honorable OHCHR,

Operation S.T.O.M.P. serving the White House since the Honorable William Jefferson

Clinton administration: 30 years with 0 Casualties. the Operation was going well until

Governor of the commanwealrh of Puerto Rico Pedro Juan Rossello had La Policia

De Puerto Rico set me up with internal  corruption from the Puerto Rico Judicial

System and informed F.B.I. Director  Louis Freeh, The Puerto Rico State Police.

Governor Rossello put an unknown price on my head because he was stealing

Funds from Hacienda, U.S. Government funds and Operation S.t.o.m.p. was

On top of his game because all Operation S.T.O.M.P. LETTERS and reports with

8mm films went out at Midnight Next Day Air to the Clinton administration

And I knew Pedro Rossello working with Pedro Toledo LA policia de Puerto Rico

Would be willing to kill like the murders in Cerro Maravias. when the attack

began to esclate I was driving in the protest marina fuera de vieques. La

Policia de Puerto Rico gave chase because i'm from the Navyl in front of

Over two thousand people  and live news LA POLICIA DE PUERTO RICO rammed

Their cruiser right into my car and nearly killed the people across el

1

Departamento de ninos y mujers.La policia de Puerto Rico arrested me And let me go fast and told me to get a tow trunk. I didn't know what to Do because whiplash from the accident so I went to a tourist area where I Thought  Americans would be safe. I needed my medication but I was Far from Vega Baja. State Police seen me sitting on a bench in Plaza del Anchor and yelled in spanish: " Ahi estas el, el marino" 2 women and 3 Men went on the attack, the 2 women police officer said lets Castrate Him and they pulled down my swimming trunks and all the corrupt state Police were making sit on a street lamp 150 f to cut off my Penis and Testicles. the 5 officer used all their power, but God made me invincible And i pushed them all back and sat on the lamp which left all the layers Of skin cooking on the street lamp. they branded me as a cow. the Women were so afraid that they took of running into another patrol Car. The three men then took me in the side of the beach and put Water up my nose and mouth. Put sand in my eyes, mouth and ears. They then looked at my VA I.D. and said what the hell have we done. They then rushed me to Guaynabo from Condado, San Juan and alerted No one, not even the VA POLICE or Nursing staff. They just placed My body on a bed next to the emergency room and took off running. I was in the VA HOSPITAL fo 3 months recovery. Pedro Rossello Was not pleased nor Louis Freeh that I have survived such an attack while my Book Day of the zoo was later written during these times before 9/11/2001 . Pedro Rossello, Pedro Toledo, who's son was or still is a King Pin in Puerto Rico, La Policia de Puerto Rico, Puerto Rico Bayamon

2

DA and Louis Freeh put out the ASSASSINATION PLOT. PLACE: INTERSTATE HIGHWAY 22 IN FRONT OF THE FEDERAL PRISON. TIME 7:00 P.M. On the date in question I Mr. Ricardo Cruz came from Vega Baja to Bayamon. as I went to pay the $0.35 cents tow a Man dressed with a jacket, Showing no badges shot a gun in the air and then pointed the Gun to My chess. I went into U.S. Seal Actions and immediately J-TURN my 1995 Chevy Malibu and then the man shot my passenger side tire and Put the pedal to the metal and speeding for my life at 80MPH. I Waited until I seen more cop cars so I could plea my cause, so I stopped With my train busted. The man who fired the gun didn't fire his Service Revolver he told Judge. The man then tried to break my face and Teeth on the highway and an honest trooper stopped him since he Could resist my strength  and the trooper yelled, "what the hell are You doing"!!!  they took me to a secluded hideout in Bayamon, PR And they placed me in a cell and The Bayamon, DA had everything To collect the hit job and getting rid of me charging me with attempted Assassination of a Police Officer and Pedro Rossello was involved In this plot because he knew Operation S.T.O.M.P. was reporting To Honorable Bill Clinton. Rossello administration, Perdo Toledo and Louis Freeh , the Bayamon DA and Judge placed $ 1000,000,000,000 Dollar Bail and put me in PRISON OSO BLANCO AREA AZUL. with men FACING 500 YEARS in prison. with heat levels over 120F, COLD FOOD, GAINT RATS the size of a cat. At the trial the officer invovled, a veteran Of 15 Years in La Policia De Puerto Rico was caught lying under

3

Oath and using another gun to fire at me , not his Police issued service

Revolver when questioned by the honorable judge who released me

Immediately. I spend 3 months in Oso Blanco and it felt like years and

My Wife was suffering with my four children. As an Disabled American

Veteran I stand by America with our 50 stars vs your one, Puerto Rico

Is Puerto Rico leave it at that.

Director Operation S.T.O.M.P.

Ricardo Cruz Serrano.

F.B.I. RECORD NUMBER:

315011-QX4

https://youtu.be/jPtYMF-jjVc

4

July 14, 2023

Honorable Kamala Harris

The White House

1600 Pennsylvania Avenue N.W.

Washington, D.C. 20500

Operation S.T.O.M.P. serving the White House since the Honorable William Jefferson Clinton administration: 30 years with 0 Casualties. the Operation was going well until Governor of the commanwealrh of Puerto Rico Pedro Juan Rossello had La Policia De Puerto Rico set me up with internal corruption from the Puerto Rico Judicial System and informed F.B.I. Director Louis Freeh, The Puerto Rico State Police. Governor Rossello put an unknown price on my head because he was stealing Funds from Hacienda, U.S. Government funds and Operation S.t.o.m.p. was On top of his game because all Operation S.T.O.M.P. LETTERS and reports with 8mm films went out at Midnight Next Day Air to the Clinton administration And I knew Pedro Rossello working with Pedro Toledo LA policia de Puerto Rico Would be willing to kill like the murders in Cerro Maravias. when the attack began to esclate I was driving in the protest marina fuera de vieques. La Policia de Puerto Rico gave chase because i'm from the Navy! in front of Over two thousand people and live news LA POLICIA DE PUERTO RICO rammed Their cruiser right into my car and nearly killed the people across el Departamento de ninos y mujers.La policia de Puerto Rico arrested me And let me go fast and told me to get a tow trunk. I didn't know what to

1

Do because whiplash from the accident so I went to a tourist area where I

Thought  Americans would be safe. I needed my medication but I was

Far from Vega Baja. State Police seen me sitting on a bench in Plaza del

Anchor and yelled in spanish: " Ahi estas el, el marino" 2 women and

3 Men went on the attack, the 2 women police officer said lets Castrate

Him and they pulled down my swimming trunks and all the corrupt state

Police were making sit on a street lamp 150 f to cut off my Penis and

Testicles. the 5 officer used all their power, but God made me invincible

And i pushed them all back and sat on the lamp which left all the layers

Of skin cooking on the street lamp. they branded me as a cow. the

Women were so afraid that they took of running into another patrol

Car. The three men then took me in the side of the beach and put

Water up my nose and mouth. Put sand in my eyes, mouth and ears.

They then looked at my VA I.D. and said what the hell have we done.

They then rushed me to Guaynabo from Condado, San Juan and alerted

No one, not even the VA POLICE or Nursing staff. They just placed

My body on a bed next to the emergency room and took off running.

I was in the VA HOSPITAL fo 3 months recovery. Pedro Rossello

Was not pleased nor Louis Freeh that I have survived such an attack

while my Book Day of the zoo was later written during these times before

9/11/2001 . Pedro Rossello, Pedro Toledo, who's son was or still is a

King Pin in Puerto Rico, La Policia de Puerto Rico, Puerto Rico Bayamon

DA and Louis Freeh put out the ASSASSINATION PLOT. PLACE: INTERSTATE

HIGHWAY 22 IN FRONT OF THE FEDERAL PRISON. TIME 7:00 P.M.

2

On the date in question I Mr. Ricardo Cruz came from Vega Baja to Bayamon. as I went to pay the $0.35 cents tow a Man dressed with a jacket, Showing no badges shot a gun in the air and then pointed the Gun to My chess. I went into U.S. Seal Actions and immediately J-TURN my 1995 Chevy Malibu and then the man shot my passenger side tire and Put the pedal to the metal and speeding for my life at 80MPH. I Waited until I seen more cop cars so I could plea my cause, so I stopped With my train busted. The man who fired the gun didn't fire his Service Revolver he told Judge. The man then tried to break my face and Teeth on the highway and an honest trooper stopped him since he Could resist my strength  and the trooper yelled, "what the hell are You doing"!!!  they took me to a secluded hideout in Bayamon, PR And they placed me in a cell and The Bayamon, DA had everything To collect the hit job and getting rid of me charging me with attempted Assassination of a Police Officer and Pedro Rossello was involved In this plot because he knew Operation S.T.O.M.P. was reporting To Honorable Bill Clinton. Rossello administration, Perdo Toledo and Louis Freeh , the Bayamon DA and Judge placed $ 1000,000,000,000 Dollar Bail and put me in PRISON OSO BLANCO AREA AZUL. with men FACING 500 YEARS in prison. with heat levels over 120F, COLD FOOD, GAINT RATS the size of a cat. At the trial the officer invovled, a veteran Of 15 Years in La Policia De Puerto Rico was caught lying under Oath and using another gun to fire at me , not his Police issued service Revolver when questioned by the honorable judge who released me

3

Immediately. I spend 3 months in Oso Blanco and it felt like years and

My Wife was suffering with my four children. As an Disabled American

Veteran I stand by America with our 50 stars vs your one, Puerto Rico

Is Puerto Rico leave it at that.

Director Operation S.T.O.M.P.

Ricardo Cruz Serrano.

F.B.I. RECORD NUMBER:

315011-QX4

https://youtu.be/jPtYMF-jjVc

4

Agust 20, 2023

Honorable Joseph R. Biden Jr

The White House

1600 Pennsylvania Avenue N.W.

Washington, D.C. 20500

Honorable Joseph R. Biden Jr,

ATTEMPED MURDER:

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

Attempted murder is the failed or aborted attempt to murder another person12. It consists of both an action and an intention, where a person must take a direct step towards the killing and must have the specific intent to kill that person1. In order for a person to be guilty of attempted murder, that person should have deliberately, intentionally or recklessly with extreme disregard for human life, attempted to kill someone.

rea

Vector Image

START CHAT

1

CriminalDefenseLawyer

Home

Criminal Law

Common Crimes

Crimes Against Persons

Attempted Murder

An explanation of how Attempted Murder Charges work, police arrest and booking procedures, Defense Options for being charged with attempted murder, and how a Lawyer can help.

By Mark Theoharis

Of all the crimes punished by society, none are more serious than the crime of murder, the intentional and unlawful taking of a human life. Apart from the federal crimes of espionage and treason, murder is the only crime for which the death penalty is a potential punishment, though only in some states.

The crime of attempted murder can be charged when a person intends to commit murder and tries to carry out the killing but, for whatever reason, is unable to accomplish it. Like murder itself, attempted murder is a serious crime and one that comes with some of the most severe penalties in the criminal justice system.

Defend your rights. We've helped 95 clients find attorneys today.

What's your first name?

First Name

First Name

Murder and Attempted Murder

Attempted murder is the failed or aborted attempt to murder another person. Just like other crimes, attempted murder consists of both an action and an intention. In attempted murder, a person must take a direct step towards the killing and must have the specific intent to kill that

2

person.

The Action

In order to be convicted of attempted murder, a prosecutor must show that the accused took a "direct step" towards killing the targeted victim. Courts have explained the requirement for a direct step by stating that a person must go beyond merely preparing to commit the crime, and instead cross over into actually perpetrating it. Preparation is thinking about committing the crime, talking about it, or otherwise planning to do it, while perpetration is taking an action that puts the plan in motion and that would result in the intended killing. The kinds of actions that are enough to be a direct step differs from case to case, though there are a range of actions that can qualify, such as:

Stalking, tracking, or ambushing. This includes hiding out in waiting, tracking the victim down, or following the victim, hoping for an opportunity to commit the murder.

Luring. Includes trying to convince the victim to come to a specific place or take specific actions that will make it possible for the victim to be murdered.

Breaking-in. For example, unlawfully sneaking into a home, property, or other place where the victim is or thought to be.

Constructing. This might include collecting all the materials necessary for the murder, such as the parts of a bomb, and starting to put them together.

Soliciting. For instance, paying or convincing someone else to commit the murder, or even convincing an unknowing person to carry out a key part of the crime, such as unknowingly planting a bomb.

The Intention

You cannot accidentally commit attempted murder. To be convicted of attempted murder, a prosecutor must show that the accused specifically intended to commit the crime. The prosecutor must not only show that the accused intended to kill, but that the intent was to kill the specific victim.

Intent to act. You must have the intent to take the required actions. In other words, you have to intend to carry out the direct step. For example, if you are thinking about killing someone with a home-made bomb and, coincidentally, end up buying the pieces you need to make the bomb

3

before you ever know how to make it, you don't have the intent to commit the direct step. If, on the other hand, you research bomb making and then buy the material and put the bomb together, you have committed a direct step.

Intent to kill. To be convicted of attempted murder, the accused must intend to cause a specific harm, namely to kill the targeted victim. You cannot, for example, commit attempted murder if you intended to only maim, frighten, or disfigure someone. It can be difficult for the prosecutor to prove this point, but often, the circumstances of the crime lead naturally to this conclusion. For example, if you hit someone in the head with a lead pipe, that alone may be enough to show that you intended to kill the person. On the other hand, hitting someone in the legs is less lethal, and may not amount to attempted murder.

Defenses

Some prosecutions fail because the state's attorney cannot prove that the accused committed a direct step, or that the accused had the specific intent to murder. But sometimes, the jury may not convict due to a particular defense offered by the defendant. Because an attempted murder does not result in the intended harm, specific defenses are available that are not always relevant in other cases.

Impossibility. An impossibility defense is one where the accused doesn't deny having committed the acts, but instead claims that even if everything went to plan, there couldn't have been a murder anyway. For example, the accused might claim that the gun used in the attempt was a non-functioning replica, so the murder could never have happened. However, some states have passed laws that abolish the impossibility defense, and in these states, it is not an accepted defense for any attempted crimes, including attempted murder.

Renunciation or withdrawal. Some states allow for a "renunciation" defense, sometimes known as withdrawal. This defense provides that even though the accused committed at least one direct step, the accused later decided not to commit the murder. Unlike showing that the prosecution failed to adequately prove one of the elements, the accused must prove that the crime was abandoned because the defendant intentionally stopped any and all efforts to continue it or took steps to prevent the murder from occurring.

Punishments for Attempted Murder

Because murder is the most serious crime and has the most serious penalties associated with it, attempted murder is also punished very harshly. However, while some states allow for the death penalty in murder cases, that punishment is not possible in attempted murder cases. Attempted murder is always a felony offense, and states typically impose a prison sentence

4

equal to about half the sentence associated with a murder conviction.

Degrees. Like murder, attempted murder is charged as either a first degree or second degree offense. First degree attempted murder means the person intentionally, and with premeditation, tried to kill someone else; while second degree attempted murder means the accused acted without premeditation, or acted in a fit of passion. Second degree murder also includes deaths that occur while the accused is engaged in committing another felony, such as arson or burglary. (However, states can vary as to how they categorize first and second degree murder.)

Sentence. A conviction for first degree attempted murder brings a lengthier prison sentence than a conviction for second-degree attempted murder. First degree attempted murder is often punished with a life sentence, though the convicted does have the possibility to receive parole. Second degree attempted murder usually comes with a lengthy prison sentence, often ranging from between 5 to 15 years in prison.

I Ricardo Cruz Serrano rest my case on attempted murder by el Estado Libre Asociado

State Police, Bayamon, Puerto Rico.

Director Operation S.T.O.M.P.

Ricardo Cruz Serrano.

R 115 (Rev. 5/87) 9-922177-375M

DOCUMENT NO. E 168217

# THE CITY OF NEW YORK
### DEPARTMENT OF HEALTH
### BUREAU OF VITAL RECORDS
## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

| DATE OF BIRTH | FEBRUARY 21, 1961 | CERTIFICATE NO | 156-61-203144 |
|---|---|---|---|

| BOROUGH | BRONX | DATE FILED | 02-24-61 | DATE ISSUED | 05-25-90 |
|---|---|---|---|---|---|

NAME        RICARDO CRUZ ***

SEX        MALE

MOTHER'S MAIDEN NAME    JUANA SERRANO

FATHER'S NAME    SANTIAGO CRUZ

*Irene A. Scanlon*
IRENE A. SCANLON
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.



# AFTER VISIT SUMMARY

**Ricardo S. Cruz**  MRN: 522995930  2/1/2023 12:30 PM  St Luke's Psychiatric Associates Bethlehem 484-822-570



**StLuke**
UNIVERSITY HEALTH NETWO

## Instructions

Your personalized instructions can be found at the end of this document.



### Today's medication changes

◆ CHANGE how you take:
LORazepam (ATIVAN)

Accurate as of February 1, 2023  2:50 PM.
Review your updated medication list below.



### Pick up these medications at CVS/pharmacy #0960 - EASTON, PA - 1520 NORTHAMPTON STREET

• benztropine
Your estimated payment per fill: $0

• cholecalciferol
Your estimated payment per fill: Estimate unavailable

• divalproex sodium
Your estimated payment per fill: $0

• perphenazine
Your estimated payment per fill: $42

Address:  1520 NORTHAMPTON STREET, EASTON PA 18042
Phone:    610-252-5887

### Ask your doctor where to pick up these medications

• LORazepam 1 mg tablet
Your estimated payment per fill: Estimate unavailable



### Labs ordered today

Valproic acid level, total
Complete as directed



### Return in about 8 weeks

(around 3/29/2023).

## Today's Visit

You saw Kunal Chaudhary, DO on Wednesday February 1, 2023. The following issues were addressed: Schizoaffective disorder, bipolar type (HCC); Chronic post-traumatic stress disorder (PTSD) after military combat; Vitamin D deficiency; and PTSD (post-traumatic stress disorder).

BMI
29.00

Weight
194 lb

## St. Luke's MyChart

Our records show that you have an active St. Luke's MyChart account.
This *After Visit Summary, Provider Notes and Immediate Test Results* are available to you in MyChart. For more information please go to **www.slhn.org/mychart/information**

You can access your MyChart by logging into the St. Luke's Mobile App, you can download the St. Luke's App in the Apple or Android App Store or logging onto www.slhn.org/mychart

Questions? Call 1-866-STLUKES (785-8537) to talk to our customer support staff.  Remember, MyChart is NOT to be used for urgent needs.  For medical emergencies, dial **911**.

## Your Medication List  as of February 1, 2023  2:50 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 500 mg tablet<br>Commonly known as: TYLENOL | |
| **aspirin** 81 mg EC tablet<br>Commonly known as: ECOTRIN LOW STRENGTH | Take 1 tablet (81 mg total) by mouth daily |
| **benztropine** 1 mg tablet<br>Commonly known as: COGENTIN | Take 1 tablet (1 mg total) by mouth 2 (two) times a day |
| **cholecalciferol** 1,000 units tablet<br>Commonly known as: VITAMIN D3 | Take 1 tablet (1,000 Units total) by mouth daily |
| **dapagliflozin** 10 MG tablet<br>Commonly known as: Farxiga | Take 1 tablet (10 mg total) by mouth in the morning |
| **Dexcom G6 Receiver** Devi | Use as directed to check glucose. |
| **Dexcom G6 Sensor** Misc | Use as directed to check glucose. Each sensor lasts 10 days. |
| **Dexcom G6 Transmitter** Misc | Use as directed to check glucose. Each transmitter lasts 90 days. |
| **diphenhydrAMINE-zinc acetate** cream<br>Commonly known as: BENADRYL | Apply topically 3 (three) times a day as needed for itching |
| **divalproex sodium** 500 mg 24 hr tablet<br>Commonly known as: DEPAKOTE ER | Take 2 tablets (1,000 mg total) by mouth 2 (two) times a day |
| **hydrocortisone** 1 % ointment | Apply topically 4 (four) times a day as needed for irritation or rash (Over the affected area) |
| **CHANGE** **LORazepam** 1 mg tablet<br>Commonly known as: ATIVAN<br>Changed by: Kunal Chaudhary, DO | Take 1 tablet (1 mg total) by mouth daily as needed for anxiety (ONLY AS NEEDED FOR MODERATE-SEVERE ANXIETY)<br>What changed:<br>• **when to take this**<br>• **reasons to take this**<br>• **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| **magnesium Oxide** 400 mg Tabs<br>Commonly known as: MAG-OX | Take 1 tablet (400 mg total) by mouth 2 (two) times a day |
| **metFORMIN** 1000 MG tablet<br>Commonly known as: GLUCOPHAGE | Take 1 tablet (1,000 mg total) by mouth 2 (two) times a day with meals |
| **metoprolol succinate** 25 mg 24 hr tablet<br>Commonly known as: TOPROL-XL | Take 0.5 tablets (12.5 mg total) by mouth daily Do not start before December 20, 2022. |

## What's Next

**MAR 29 2023**   **OFFICE VISIT with Kunal Chaudhary, DO**
Wednesday March 29 9:30 AM (Arrive by 9:15 AM)

St Luke's Psychiatric Associates Bethlehem
257 Brodhead Rd
Bethlehem PA 18017-8938
484-822-5703

**APR 24 2023**   **PHYSICAL with Gardia Germinal, MD**
Monday April 24 11:00 AM (Arrive by 10:45 AM)

William Penn Family Practice
4379 Easton Ave
Bethlehem PA 18020-1483
484-503-2424

 Gmail

Q  Search mail

Compose

**Inbox**
Starred
Snoozed
Important
Sent
**Drafts**          102
More

Labels

**cybercops2004**   123
  **cybercops990**    2

## eFOIA Request Received   Inbox ×

efoia@subscrip...  Tue, Aug 29, 7:56 PM (5 hours ago)
to me

# Individual Information

| | |
|---|---|
| **Prefix** | Director |
| **First Name** | Ricardo |